UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GRACILIANO ROSADO-ORTIZ, an individual,

Plaintiff,

vs.

SDH SERVICES WEST, LLC, et al.,

Defendants.

Case No. CV 26-4521-DMG (ASx)

**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [14]**

Having read and considered the Joint Stipulation to Dismiss Case [Doc. # 14], filed on November 18, 2026, and finding good cause therefor, the Court **APPROVES** the Stipulation.

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** in its entirety **WITH PREJUDICE**. The Parties shall bear their own costs and attorneys' fees.

DATED: November 18, 2026

DOLLY M. GEE
Chief United States District Judge